

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SYED JAFFREY,

    Plaintiff,

v.

CITY OF CHICAGO, OFFICER FRANK R. CATAPANO JR., Star #15386, LA VERNE M. DIETCH, CAPTAIN THOMAS SAPPANOS, Star #68, SERGEANT CHERI ADRIAN, STAR #2689, OFFICER DARRYL LANGSTON, STAR #26080, and OFFICER ANDRES BARREZUETA, STAR #17671,

    Defendants.

Case No. 06-C-1964

Judge Rebecca R. Pallmeyer

## AGREED ORDER

The Joint Motion to Dismiss by Plaintiff Syed Jaffrey and Defendant-Counterclaimant La Verne Dietch is GRANTED. It is hereby ORDERED:

1. All claims against Dietch are DISMISSED with prejudice.

2. Dietch's counterclaim against Jaffrey is DISMISSED with prejudice.

3. Jaffrey and Dietch shall each bear his or her own costs incurred in this action.

ENTERED:

_____
HONORABLE REBECCA R. PALLMEYER

March 1, 2007
Date